MAR 23 2026 PM 2:44
FILED - USDC - FLMD - TPA

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

United States of America
v.
JONATHAN JAMES ELDER

)
)
)
)
)
)
)

Case No. 8:26-MJ-1599-AEP

Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JONATHAN JAMES ELDER
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Making a threat by means of fire or an explosive, in violation of  18 U.S.C. § 844(e).

Date:  3/20/26

_____
*Issuing officer's signature*

City and state:          Tampa, FL

_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  3/23/2026 , and the person was arrested on *(date)*  3/23/2026 at *(city and state)*  Pinellas Park, Florida . |

Date:  3/23/2026

_____
*Arresting officer's signature*

JAMES SCHAFER
*Printed name and title*

RECEIVED U.S. MARSHALS
2026 MAR 23 AM 8:11