**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

-vs-                                                  Case No. 8:26-mj-1599-AEP

JONATHAN JAMES ELDER

**CLERK'S MINUTES**
Proceeding: Initial Appearance
*Courtroom 12B*

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: March 23, 2026 |
| Deputy Clerk: Ashley Sanders | Time: 2:43 p.m. |
| USPO: Charlene Cohen | Recess: 3:12 p.m. |
| Court Reporter: Digital | Total Time: 29 min |
| Interpreter: none | *held with other duty matters (7 min) |

Counsel for USA: Michael Buchanan, AUSA
Counsel for Defendant: Laura Hastay, AFPD

Court calls case and counsel enters appearances.

Court advises of certain constitutional rights. Defendant understands.

Oral motion for counsel. Court reviews completed financial affidavit. Court appoints Federal Public Defender's Office.

Court advises of charges contained in Complaint. Defendant waives preliminary hearing.

BOND:      Government:  moves for detention. Danger to community.

                  Defendant:     reserves.

Court orders Defendant detained pending trial.

Status conference set for April 23, 2026, at 9:00 a.m. Hearing to be cancelled if Defendant is indicted.

Oral due process order pronounced.

Recess.