UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 8:26-mj-01599-AEP

JONATHAN JAMES ELDER

## NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, hereby respectfully requests that the Clerk of Court

substitute the undersigned as government counsel for Assistant United States

Attorney Michael J. Buchanan.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    */s/ Karyna Valdes*
Karyna Valdes
Assistant United States Attorney
Florida Bar No. 0122261
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Karyna.Valdes@usdoj.gov

**U.S. v. Jonathan James Elder**          **Case No. 8:26-mj-01599-AEP**

### CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2026, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system, which will send a notice

of electronic filing to the following:

Laura Hastay, Esq.

/s/ *Karyna Valdes*
Karyna Valdes
Assistant United States Attorney
Florida Bar No. 0122261
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Karyna.Valdes@usdoj.gov

2